UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 JUL 23 AM 10:00
CLERK US DISTRICT COURT OF CALIFORNIA
DEPUTY

'08 MJ 2235

UNITED STATES OF AMERICA
vs.
Gabriel VALENZUELA-Sainz

)
)
)
)
)
)
)
)
)

Magistrate's Case No.

COMPLAINT FOR VIOLATION OF
21 U.S.C. 952 and 960

Unlawful Importation of a Controlled Substance

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about July 22, 2008, within the Southern District of California, defendant Gabriel VALENZUELA-Sainz did knowingly and intentionally import approximately 35.80 kilograms of cocaine, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 23rd day of July, 2008.

United States Magistrate Judge

Page 1

United States of America
       VS.
Gabriel VALENZUELA-Sainz

## STATEMENT OF FACTS

On July 22, 2008, at approximately 10:28 pm, Gabriel VALENZUELA-Sainz applied for admission into the United States from Mexico at the Tecate Port of Entry, California. VALENZUELA was driving a 2004 Ford F150 bearing California license plate 7L12265 as he applied for admission. At approximately 10:28 pm, Customs and Border Protection Officer (CBPO) J. Toledo was conducting pre-primary operations at the Tecate Port of Entry while assigned to the Anti-Terrorism Contraband Enforcement Team. CBPO Toledo was joined by Canine Enforcement Officer P. Williams and his assigned narcotics detector dog. CBPO Williams received an alert from his narcotics detector dog on the passenger side of a white Ford F150 bearing California license 7L12265, which was being driven by VALENZUELA. VALENZUELA and his vehicle were referred to the secondary inspection lot for a more thorough inspection.

In the secondary inspection lot, CBPO Toledo and CBPO J. Long inspected VALENZUELA's vehicle and discovered a non-factory access panel in the right front wheel well. CBPO Toledo and Long removed the right front fender of the vehicle, and proceeded to remove the access panel. Once the access panel was removed, CBPO Toledo and Long observed numerous packages wrapped in black electrical tape. CBPO removed a package from the compartment and probed it revealing a white-powdery substance that field-tested positive for cocaine. CBPO Toledo and Long removed a total of 31 packages of cocaine from VALENZUELA's vehicle with an approximate weight of 35.80 kilograms.

VALENZUELA was arrested for violations of Title 21, United States Code, Sections 952 and 960, Unlawful Importation of a Controlled Substance. VALENZUELA was booked into the federal Metropolitan Correction Center, San Diego, CA.

**POST-MIRANDA STATEMENT**

Special Agent Tim Koupal and Daniel Duff of Immigration and Customs Enforcement advised VALENZUELA of his Constitutional rights per Miranda. VALENZUELA acknowledged that he understood his right and agreed to speak with agents without the presence of an attorney. Post-Miranda, VALENZUELA stated that he was being paid $3,000 USD to smuggle drugs into the United States from Mexico. VALENZUELA stated that he was instructed to delivery the drugs to a shopping mall parking lot in San Bernardino, CA.