UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL VALENZUELA-SAINZ,<br><br>Defendant. | Criminal Case No. 08CR 2813 LAB<br><br><u>I N F O R M A T I O N</u><br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

On or about July 22, 2008, within the Southern District of California, defendant GABRIEL VALENZUELA-SAINZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 35.80 kilograms (78.76 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/21/08.

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:es:San Diego
8/5/08